**LEONARDMEYER LLP**
Derek J. Meyer (CA Bar No. 278346)
1800 Century Park East, Suite 1400
Los Angeles, CA 90067
Tel: (310) 220-0331
rmeyer@leonardmeyerllp.com

*Attorneys for Plaintiff/Counter-Defendant*
*WAYNE HIMELSEIN*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - (Western Division – Los Angeles)

| | |
|---|---|
| WAYNE HIMELSEIN, an individual, | CASE NO. 2:18 –cv-03940 GW (JCx) |
| Plaintiff, | **DECLARATION OF DEREK J. MEYER** |
| v. | |
| LS1 LLC, a Pennsylvania Limited Liability Company; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| LS1 LLC, | |
| Counterclaim-Plaintiff, | |
| v. | |
| WAYNE HIMELSEIN and LOGICA CAPITAL ADVISERS, LLC, | |
| Counterclaim-Defendants. | |

\

I, Derek Meyer, declare as follows:

1. I am a partner at the law firm of LeonardMeyer LLP, counsel for Plaintiff/Counterclaim-Defendant Wayne Himelsein ("Himelsein") and Counterclaim-Defendant Logica Capital Advisers, LLC ("Logica") in the above captioned mattered.

2. I have personal knowledge of the matters referenced below

3. I set the hearing dates for two large matters in June and July of 2019 in Chicago, Illinois and San Jose, California around the March 24, 2019 trial date this Court set for this matter in response to LS1's first motion for a stay. The Chicago hearing is set for June 29, 2019 through July 3, 2019. The San Jose hearing is set for the weeks of July 13, 2019 and July 20, 2019. Having these two matters set so closely for hearing will consume June and July for me. If any stay is allowed, the dates set by this Court in its last scheduling order should be extended either 45-60 days or 150 days. A stay of 90 days as requested by Defendants is wholly unworkable. The same holds true for a stay of 120 days given the hearing dates referenced above.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

Executed on November 29, 2019, in Los Angeles, California.

*/s/ Derek J. Meyer*
Derek J. Meyer