UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)

| | |
|---|---|
| WAYNE HIMELSEIN, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>LS1 LLC, a Pennsylvania Limited Liability Company,<br><br>　　Defendants. | **Case No.: CV 18-3940-GW-JCx**<br><br>**ORDER RE JOINT STIPULATION RE SCHEDULING ORDER** |
| LS1 LLC.<br><br>　　Counterclaim-Plaintiff,<br><br>vs.<br><br>WAYNE HIMELSEIN and LOGICA CAPITAL ADVISERS, LLC,<br><br>　　Counterclaim-Defendants. | |

The Court, having reviewed the parties' Joint Stipulation to Amend Case Schedule, grants the stipulation and hereby sets the following dates:

| | | |
|---|---|---|
| 1. | Fact discovery cut-off: | March 31, 2020 |
| 2. | Mediation cut-off: | April 6, 2020 |
| 3. | Last day to file motions: | April 16, 2020 |
| 4. | Post-mediation status conference: | April 20, 2020 at 8:30 a.m. |
| 5. | Last day to oppose motions: | April 23, 2020 |
| 6. | Last day to file reply briefs: | April 30, 2020 |
| 7. | Last hearing date for motions: | May 14, 2020 |
| 8. | Pretrial Conference: | May 18, 2020 at 8:30 a.m. |
| 9. | Trial: | May 26, 2020 at 9:00 a.m. |

**IT IS SO ORDERED:**

**Dated: December 9, 2019**

_____

HON. GEORGE H. WU,

U.S. DISTRICT JUDGE