**JS-6**

Derek J. Meyer (CA Bar No. 278346)
rmeyer@prospectlaw.com
**PROSPECT LAW LLP**
10990 Wilshire Blvd., Suite 800
Los Angeles, CA 90024
Telephone:  (310) 220-0331

*Attorney for Plaintiff Wayne Himelsein and Counterclaim-
Defendant Logica Capital Advisors, LLC*

Jack L. Henningsen (CA Bar No. 200062)
**TURNER HENNINGSEN WOLF &
VANDENBURG, LLP**
8383 Wilshire Blvd., Suite 935
Beverly Hills, CA 90211
jhenningsen@tfmclaw.com

*Attorney for Defendants, LS1 LLC and George Heckler*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - (Western Division – Los Angeles)

| | |
|---|---|
| WAYNE HIMELSEIN, an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>LS1 LLC, a Pennsylvania Limited Liability Company; and GEORGE HECKLER, an individual,<br><br>              Defendants. | **CASE NO. CV 18-3940-GW-JCx**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 9D |
| LS1 LLC,<br><br>              Counterclaim-Plaintiff,<br><br>      v.<br><br>WAYNE HIMELSEIN and LOGICA CAPITAL ADVISORS, LLC,<br><br>              Counterclaim-Defendants. | |

- 1 -

On this day, Wayne Himelsein ("Himelsein") and Logica Capital Advisors, LLC ("LCA") (collectively, the "Himelsein Parties"), on the one hand, and George Heckler ("Heckler") and LS1 LLC ("LS1") (collectively, the "Heckler Parties") announced to the Court that they have resolved all claims and counterclaims asserted or that could have been asserted by them in this case.  The Himelsein Parties and the Heckler Parties have therefore requested the Court to dismiss all claims and counterclaims asserted or that could have been asserted in this case with prejudice, including any claim for attorneys' fees or taxation of costs of court, with each party to bear its own attorneys' fees, costs of court and expenses. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims and counterclaims asserted in this case are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED, this 14th day of September 2021.

_____

HON. GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE